UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WARNER BROS. RECORDS, INC., a Delaware corporation, CAPITOL RECORDS, INC., a Delaware corporation, UMG RECORDINGS, INC., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, and ARISTA RECORDS, LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROBERT J. HENTZ,<br><br>        Defendant. | Case No. 06-cv-685-JPG |

## JUDGMENT

This matter having come before the Court on the Motion for Default Judgment and Permanent Injunction brought by Plaintiffs Warner Brothers Records, Inc., Capitol Records, Inc., UMG Recordings, Inc., Sony BMG Music Entertainment, and Arista Records, LLC, against Defendant Robert J. Hentz,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs and against Defendant with prejudice as follows:

1. Plaintiffs are awarded statutory damages under 17 U.S.C. § 504(c)(1) in the total amount of $6,000, with interest to accrue on that amount at the rate of 4.16%.

2. Plaintiffs are awarded $550 in costs under 17 U.S.C. § 505.

3. Pursuant to 17 U.S.C. §§ 502 and 503, Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings: "Jungle Love," on album "Ice Cream Castle," by artist "The

Time" (SR# 55-021); "Jungle Love," on album "Book of Dreams," by artist "Steve Miller Band" (SR# N42553); "Bring Your Whole Crew," on album "Flesh of My Flesh, Blood of My Blood," by artist "DMX" (SR# 188-987); "Damien," on album "It's Dark and Hell Is Hot," by artist "DMX" (SR# 252-613); "The Way You Make Me Feel," on album "Bad," by artist "Michael Jackson" (SR# 84-256); "Grindin'," on album "Lord Willin'" by artist "Clipse" (SR# 321-673); "What a Wonderful World," on album "Classics in the Key of G," by artist "Kenny G" (SR# 289-898); and "Roll Out," on album "Word of Mouf," by artist "Ludacris" (SR# 304-605); and in any other sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED:   August 29, 2007

                NORBERT G. JAWORSKI, CLERK OF COURT

                By: s/Vicki McGuire
                    Deputy Clerk

Approved: s/ J. Phil Gilbert
          J. PHIL GILBERT
          United States District Judge